In the Matter of the Accounting of J. MAYHEW WAIN-WRIGHT et al., as Trustees under the Will of HERBERT G. SQUIRES, Deceased.

VIRGINIA S. SQUIRES, as Executrix of BARD MACD. SQUIRES, Deceased, Appellant; JOHN A. SQUIRES et al., Respondents.

Argued May 16, 1938; decided May 31, 1938.

*Henry G. Seipp* and *John S. Sheppard* for appellant.

*Robert Y. Clark* for Marie J. C. Whitman et al.

*Franklin Brooks* for Herbert G. Squires, Jr., et al.

*John C. Crawley* and *Herbert Barry* for J. Mayhew Wainwright et al., as trustees, respondents.

*Richard Steel* for John A. Squires et al., respondents.

Order affirmed with costs to all parties filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.